RECEIVED
JUL 2 4 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DIAMOND SERVICES CORPORATION | *CIVIL NO. 6:11-0772 |
| VERSUS | *JUDGE DOHERTY |
| BRITISH EUROPEAN AND OVERSEAS P&I INSURANCE, ET AL. | *MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct. Accordingly;

**IT IS ORDERED** that the Motion to Stay and Compel Arbitration [rec. doc.46] filed by British European & Overseas P&I Insurance is **GRANTED**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 24 day of July, 2012.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE